**STATE of Missouri, Plaintiff-Respondent,**

v.

**Joseph QUICKE, Defendant-Appellant.**

**No. 50587.**

Missouri Court of Appeals, Eastern District, Division One.

July 15, 1986.

Richard A. Barry, III, St. Louis, for defendant-appellant.

Norman Smith, Asst. Pros. Atty., St. Louis County, for plaintiff-respondent.

### ORDER

PER CURIAM:

Defendant appeals from a conviction in a court-tried case of driving with an excess of .10% blood alcohol in violation of Sec. 577.012 RSMo.

Judgment is affirmed. Rule 30.25(b).